CHARLES S. ROSS et al., appellants,

*v.*

AMELIA ROSS SPARKS et al., respondents.

[Argued November 22d, 1912.   Decided March 5th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 117.*

*Mr. John J. Crandall* and *Mr. Timothy J. Middleton,* for the appellants.

*Mr. Thomas E. French,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, CONGDON, TREACY—11.

*For reversal*—None.